SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL H. AHRENS, Cal. Bar No. 44766
ORI KATZ, Cal. Bar No. 209561
MICHAEL M. LAUTER, Cal. Bar No. 246048
TIMOTHY C. PERRY, Cal. Bar No. 248543
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:     415-434-3947

Attorneys for ARRIVA PHARMACEUTICALS, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>ARRIVA PHARMACEUTICALS, INC., a California corporation,<br><br>                Debtor.<br><br>Tax ID: 94-3287067 | Case No. 07-42767<br><br>Chapter 11<br><br>**NOTICE OF REDUCTION OF AMOUNTS SOUGHT FOR APPROVAL IN SECOND INTERIM AND FINAL FEE APPLICATION OF SHEPPARD, MULLIN, RICHTER & HAMPTON LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS BANKRUPTCY REORGANIZATION COUNSEL FOR THE DEBTOR**<br><br>Date:     May 8, 2008<br>Time:    2:30 p.m.<br>Place:   United States Bankruptcy Court<br>            1300 Clay Street, Oakland, CA<br>Judge:  Hon. Edward D. Jellen<br>Courtroom: 215 |

**TO THE CLERK OF THE ABOVE-CAPTIONED COURT, THE DEBTOR, THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS, THE UNITED STATES TRUSTEE, AND ALL OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE THAT** on March 31, 2008, Sheppard, Mullin, Richter & Hampton LLP ("Sheppard"), in its capacity as bankruptcy reorganization counsel for the Arriva Pharmaceuticals, Inc., the debtor in the above-captioned case (the "Debtor"), filed its *Second Interim and Final Fee Application of Sheppard, Mullin, Richter & Hampton LLP for Allowance of Compensation and Reimbursement of Expenses Incurred as Bankruptcy Reorganization Counsel for the Debtor* (the "Final Fee Application"). In the Final Fee Application, Sheppard sought approval for $479,985.57 (the "Second Interim Amount") in compensation for professional legal services rendered to the Debtor and reimbursement of expenses incurred as bankruptcy reorganization counsel for the Debtor. This amount included professional fees from the Second Application Period (as defined in the Final Fee Application) in the amount of $402,751.50, expenses from the Second Application Period in the amount of $27,355.92, and the balance of $49,878.15 in professional fees and expenses that this Court did not approve in its order on the First Application (as defined in the Final Fee Application), entered on January 28, 2008 (the "First Fee Order"). Sheppard also requested that the Court grant final approval of the $470,466.75 in professional fees and expenses approved by this Court in the First Fee Order. Thus, in the Final Fee Application, Sheppard sought final approval of a total $950,452.32.

**PLEASE TAKE FURTHER NOTICE THAT** Sheppard, in its discretion, hereby voluntarily reduces the Second Interim Amount sought for approval in its Final Fee Application by $32,068.76 in professional fees, such that the Second Interim Amount is now $447,916.81, consisting of $370,682.74 in professional fees, $27,355.92 in expenses, and the balance of $49,878.15 in professional fees not approved by the Court in the First

W02-WEST:9MML1\400826179.1

Case: 07-42767   Doc# 465   Filed: 05/06/08   Entered: 05/06/08 18:18:32   Page 2 of 3

Fee Order, and the total amount sought for approval in Sheppard's Final Fee Application is now $918,383.56.

Dated: May 6, 2008

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By       /s/ Michael H. Ahrens
      MICHAEL H. AHRENS
      Attorneys for the Debtor Arriva Pharmaceuticals, Inc.