Entered on Docket
May 13, 2008
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: May 12, 2008

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

PETER J. BENVENUTTI (Bar No. 60566)
GINGER DREGER (Bar No. 190230)
MICHAELINE H. CORREA (Bar No. 21
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Special Counsel for Debtor
ARRIVA PHARMACEUTICALS, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In Re:<br><br>ARRIVA PHARMACEUTICALS, INC.,<br>a California corporation<br><br>Debtor. | Bk. No. 07-42767<br>Chapter 11<br><br>**ORDER APPROVING FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY HELLER EHRMAN LLP, SPECIAL INTELLECTUAL PROPERTY COUNSEL FOR THE DEBTOR**<br><br>**Hearing Date/Time:**<br>Date: May 8, 2008<br>Time: 2:30 p.m.<br>Place: Courtroom 215<br>      1300 Clay Street<br>      Oakland, CA 94612<br>Judge: Honorable Edward Jellen |

On May 8, 2008, the Final Application (the "Application") for Compensation and

Reimbursement of Expenses by Heller Ehrman LLP, Special Intellectual Property Counsel

for debtor and debtor-in-possession Arriva Pharmaceuticals, Inc. (the "Debtor"), filed March

31, 2008, came on for hearing before the Honorable Edward Jellen, United Bankruptcy Court Judge. Appearances were as noted in the record.

The Court having considered the Application; no objections having been filed with or raised in the Court; and having determined that appropriate notice has been given to parties in interest, and good cause appearing,

IT IS HEREBY ORDERED:

A. The Application is approved.

B. Heller Ehrman LLP is allowed, on account of services performed during the period from December 1, 2007 through February 13, 2008, on a final basis, fees in the amount of $32,540.00 and expenses in the amount of $22,136.90.

C. Heller Ehrman LLP is allowed, on account of services performed during the period from August 29, 2007 through November 30, 2007, on a final basis, previously allowed and paid fees and expenses in the aggregate amount of $37,212.09.

D. The Debtor is authorized to pay Heller Ehrman LLP the allowed amounts set forth in paragraph B forthwith.

* * * END OF ORDER * * *

# COURT SERVICE LIST

Office of the U.S. Trustee
United States Trustee
Office of the U.S. Trustee
1301 Clay Street, Suite 690N
Oakland, CA 94612

Ori Katz
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
Four Embarcadero Center, 17 Floor
San Francisco, CA 94111

Arriva Pharmaceuticals, Inc.
M. Sue Preston
1010 Atlantic Avenue
Alameda, California 94501

**Parties Requesting Notice:**

Craig Stuppi
Law Offices of Stuppi & Stuppi
1630 North Main Street #332
Walnut Creek, CA 94596

Stuart M. Brown
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, 15th Floor
Wilmington, DE 19801

Squire, Sanders & Dempsey L.L.P.
Attention Penn Ayers Butler
600 Hansen Way
Palo Alto, CA 94304

Squire, Sanders & Dempsey L.L.P.
Attention Douglas J. Rovens
555 Flower Street, 31st Floor
Los Angeles, CA 90071-2300

Squire, Sanders & Dempsey L.L.P.
Attention James MacDonald, Suite 4000
200 South Biscayne Boulevard
Miami, Florida 33131-2398

Boomshoes Family Trust
c/o Renee Fox & Jonathan R. Fox, Trustees
5929 East Via Del Cielo
Paradise Valley, AZ 85253
imagemaker@cox.net

Martin Resch
394 Camino Sobrante
Orinda, CA 94563
martin.resch@comcast.net

Helmuth Resch
Kaserng. 9/5
1230 Wein
AUSTRIA
helmuth.resch@boku.ac.at

Inversiones Varadero Limitada
Attn Mario Lobo
Merced 106, piso 7
Santiago, CP 6500466
CHILE
antiintelligence@gmail.com

Prometic BioSciences, Inc.
Mark Bandrauk, General Counsel
8168 Montview Road
Mount-Royal, Quebec H4P 2L7
CANADA
m.bandrauk@prometic.com

ORDER APPROVING FINAL APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES
BY HELLER EHRMAN LLP
BK. NO. 07-42767

3

Case: 07-42767    Doc# 469    Filed: 05/12/08    Entered: 05/13/08 10:35:36    Page 3 of 4

| | |
|---|---|
| Office Direct APS<br>Michael Thestrup<br>Bjerggårdsvænget 21, DK-2840 Holte<br>DENMARK<br>Michael_thestrup@mail.dk | Dr. Charles K. Marlow<br>636 California Way<br>Emerald Hills, CA 94062<br>ckmarlowe@msn.com |
| Matt Zahner<br>1254 Crimson Ct.<br>Walnut Creek, CA 94596<br>hindsighttrading@gmail.com | Geok Khim Goh<br>50 Raffles Place, #33-00<br>Singapore Land Tower, Singapore 048623<br>SINGAPORE<br>goh.gk@gkgoh.com |
| Alan M. Wachter<br>8547 South Dorsey Lane<br>Tempe, AZ 85284<br>AllanWachterMD@aol.com | Robert Williamson<br>140 LaSalle Ave.<br>Piedmont, CA 94610<br>rfwilliamson3@gmail.com |
| Kendall Family Investments LLC<br>Michael Coonce<br>c/o Moore Capital Management, LLC<br>1251 Avenue of the Americas<br>New York, NY 10020<br>michael.coonce@moorecap.com | Joshua A. del Castillo, Esq.<br>Counsel for Legacy Partners I Alameda LLC<br>Allen Matkins Leck Gamble Mallory & Natsis<br>515 South Figueroa St., 7th Floor<br>Los Angeles, CA 90071<br>jdelcastillo@allenmatkins.com |
| Gary Sparks<br>107 Santa Rosa<br>Sausalito, CA 94965 | Battaglia, Ross, Dicus & Wein PA<br>Timothy W. Weber<br>980 Tyrone Blvd.<br>PO Box 41100<br>St. Petersburg, FL 33743-1100 |

SF 1461234 v1

ORDER APPROVING FINAL APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES
BY HELLER EHRMAN LLP.
BK. NO. 07-42767

4